# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00350-CV

---

**Keith Moraw, Appellant**

**v.**

**Concepcion Valdez, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 321701, THE HONORABLE MIKE RUSSELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On May 27, 2026, appellee Concepcion Valdez filed a notice of bankruptcy in this appeal, informing the Court that appellant Keith Moraw filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas on May 26, 2026. *See* Tex. R. App. P. 8.1. The bankruptcy proceeding case number is 26-60503-mmp. Pursuant to Rule 8.2, we abate the appeal and suspend all appellate deadlines until a party files a motion to reinstate or a motion to sever. *See id.* R. 8.2, 8.3. Appellant Moraw shall inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Failure to provide such notice may result in the dismissal of this appeal for want of prosecution. *See id.* R. 42.3(b), (c).

Before Justices Triana, Kelly, and Ellis

Bankruptcy

Filed:   June 16, 2026